JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FONTANA, | Case No. CV 14-1137-DMG (KK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CONNIE GIPSON, | |
| Respondent. | |

In accordance with the Order Granting Petitioner's Motion to Withdraw Habeas Corpus Petition,

IT IS HEREBY ADJUDGED that this action is dismissed, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED: January 30, 2015

*[signature: Dolly M. Gee]*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

JS-6